IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:04-CR-117 |
| | ) Judge Phillips |
| WILLIAM HENRY WEDDINGTON | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, William Henry Weddington, and the defendant admits that he has violated certain conditions of his supervised release. An agreement has been reached between the parties, recommending that Mr. Weddington's supervised release should be revoked and that he should receive a sentence of ten (10) months incarceration followed by no further supervised release.

Mr. Weddington agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations committed by the defendant are "Grade C" violations. The defendant's criminal history category is III. The advisory guideline range is 5-11 months which the Court has carefully considered. There is a statutory maximum of 2 years, minus five (5) months already served, imprisonment which the Court also considers. The Court has also considered the factors listed in 18 U.S.C.

§3553(a).

The Court feels that the recommended sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. §3553(a). Specifically the Court finds that the defendant has entered a plea of guilty to various state driving violations, less than two months after having been released for a previous violation.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements. IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of ten (10) months, with no further supervised release to follow.

ENTER this 23rd day of August, 2006.

_____
Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

_____ for Tracee Plowell w/ permission
Tracee Plowell
Assistant U.S. Attorney

_____
Elizabeth B. Ford
Attorney for Defendant

_____
William Henry Weddington
Defendant

_____
Trine Robinette
U.S. Probation Office